

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>RICHARD A WOROB,<br>　　Debtor | Ch. 13<br>22-10061-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#13 Motion of Debtor to Extend Automatic Stay (J. Van Kleef)

**Decision set forth more fully as follows:**

Hearing held.  For the reasons set forth on the record, the Motion is denied.

Dated: 2/17/2022

By the Court,

*/s/ Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge