**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

Richard A Worob                                    Chapter 13
                                                   Case Number 22-10061-JEB
     Debtor                                        Honorable Janet E Bostwick

_____/

**CERTIFICATION REGARDING CONFERENCE REGARDING**
**OBJECTION TO PLAN CONFIRMATION**
**PER MLBR 13-8(c)**

I, Jason J. Giguere, hereby state that:

I am the attorney for DLJ Mortgage Capital, Inc., a secured mortgage lienholder of the Debtor regarding the real property located at 2 Hazelhurst Avenue, Ewing, NJ 08638.

This office was retained to file an Objection to Confirmation of Debtor's Chapter 13 Plan regarding its secured claim against Debtor's real property located at: 2 Hazelhurst Avenue, Ewing, NJ 08638.

On August 10, 2022, I conducted an email conference regarding DLJ Mortgage Capital, Inc.'s Objection to Plan Confirmation with Jerrica VanKleef, the attorney for Debtor (Richard A Worob). At the end of the Conference, no resolution of the matter was achieved.

Date:  August 10, 2022

                                                   Respectfully Submitted,

                                                   /s/ Jason J. Giguere
                                                   Craig B. Rule, Esq. 569123
                                                   Jason J. Giguere, Esq. 667662
                                                   Shawn Masterson, Esq. 658276
                                                   Orlans PC
                                                   Attorneys for DLJ Mortgage Capital, Inc.
                                                   PO Box 540540
                                                   Waltham, MA 02454
                                                   (781) 790-7800
                                                   Email: bankruptcyNE@orlans.com
                                                   File Number: 22-001443