Dated: 9/30/2022

This Motion is moot since the case has been dismissed.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | Chapter 13 |
| RICHARD A. WOROB ) | Case No.:   22-10061 |
| Debtor, ) |  |

### MOTION TO AMEND THE CHAPTER 13 PLAN

Now comes the Debtor, Richard A. Worob, through counsel and hereby requests this Honorable Court allow him to amend the Chapter 13 Plan.  As reasons therefore, the debtor state as follows:

1. The Amended Chapter 13 Plan accurately lists the value of the Debtor's property.  Although the Creditor has a much higher valuation, the property is in serious distress and the value is accurately reflected by the town in their recent valuation attached to the Chapter 13 plan.

WHEREFORE, Debtor, Richard A. Worob, hereby requests the court allow him to amend the Chapter 13 Plan.

                Respectfully Submitted,
                The Debtor,
                By His Attorney,

                /s/ Peter M. Daigle_____
                Peter M. Daigle, Esquire
                BBO # 640517
                1550 Falmouth Road, Suite 10
                Centerville, MA 02632
Dated:  June 6, 2022            (508) 771-7444