**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Richard A Worob<br>Debtor, | Chapter: 13<br>Case No: 22–10061<br>Judge Janet E. Bostwick |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor** was entered on 9/26/22 .

Date:10/12/22							By the Court,

							Susan Keating
							Deputy Clerk
							617–748–5333

49